# JOSEPH J. HASPEL PLLC

|  |  |
|---|---|
| JOSEPH J. HASPEL<br>―――<br>MATTHEW A. BLANK<br><br>*OF COUNSEL:*<br>NEIL I. JACOBS | ATTORNEY AT LAW<br>39 CASIMER ROAD<br>MIDDLETOWN, NEW YORK 10941<br>(845) 694-4409<br>(845) 313-6068 (CELL)<br>(845) 232-2293 (FAX)<br><br>JHASPEL@HASPELLAW.NET |

July 14, 2022

*Via:* ECF

US Bankruptcy Court
Sothern District of NY
Poughkeepsie Division
Attention: Vanessa

  Re: Stevens v Corts
    <u>Adv Proceeding Number : 22-9005</u>

Dear Vanessa:

Pursuant to our telephone conversation today, this will confirm that the Pretrial Conference scheduled for August 16, 2022 in connection with the above-referenced matter is adjourned on consent to September 20, 2022, due to the fact that Mr Haspel is set to begin at trial on August 16, 2022.

Thank you for your courtesy.

          Very truly yours,
          JOSEPH J. HAPEL PLLC


       By:_*Leslie K. Campilonga*_____
          Leslie K. Campilonga
          Paralegal

/lkc

cc: Fred Stevens Esq.
   Andrew Brown Esq.
   Wayne Corts