**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                             :
                                                                  :   Chapter 7
JOSEPH A. BROWN,                                                  :
                                                                  :   Case No. 20-36251 (CGM)
                                        Debtor.                   :
------------------------------------------------------------------x
FRED STEVENS, as Chapter 7 Trustee of the Estate                  :
of Joseph A. Brown,                                               :
                                                                  :
                                        Plaintiff,                :
                                                                  :   Adv. Pro. No. 22-09005-cgm
            -against-                                             :
                                                                  :
WAYNE CORTS,                                                      :
                                                                  :
                                        Defendant.                :
------------------------------------------------------------------x

**ORDER, PURSUANT TO FED. R. BANKR. P. 9019, APPROVING THE SETTLEMENT AGREEMENT BY AND BETWEEN THE TRUSTEE AND WAYNE CORTS**

Upon the motion (the "Motion") of Fred Stevens, plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding") and Chapter 7 Trustee (the "Trustee") for the estate of Joseph A. Brown, by and through his counsel, Klestadt Winters Jureller Southard & Stevens, LLP, for an order pursuant to Fed. R. Bankr. P. 9019, approving a certain settlement agreement (the "Stipulation") by and between (A) the Trustee, and (B) Wayne Corts, defendant in the Adversary Proceeding (parties to the Stipulation are collectively referred to herein as the "Parties"); and due and proper notice of the Motion and hearing thereon having been given to all creditors and parties in interest as required by Fed. R. Bankr. P. 2002; and the Court having considered the Motion at the hearing held on January 24, 2023, the record of which is incorporated herein by reference; and any objections to the Motion not already resolved or withdrawn having been overruled on the merits; and it appearing that no other or further notice need be provided; and the Court having

determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved and the Parties are fully authorized and directed to consummate the terms thereof.

2. This Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order and the Stipulation.



**Dated: January 24, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**